**Timothy A. DEROCHER, Petitioner—Appellant,**

v.

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; Robert H. Mauney, Warden of Northside Correctional Institution; Henry McMaster, Attorney General of South Carolina, Respondents—Appellees.**

No. 06–6426.

United States Court of Appeals, Fourth Circuit.

Submitted June 22, 2006.

Decided July 3, 2006.

Timothy A. DeRocher, Appellant Pro Se.
Melody Jane Brown, Office of the Attorney
General of South Carolina, Columbia,
South Carolina, for Appellees.

Before NIEMEYER, MICHAEL, and
GREGORY, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Timothy A. DeRocher seeks to appeal
the district court's order denying relief on
his 28 U.S.C. § 2254 (2000) petition. The
district court referred this case to a magis-
trate judge pursuant to 28 U.S.C.
§ 636(b)(1)(B) (2000). The magistrate
judge recommended that relief be denied
and advised DeRocher that failure to file
timely objections to this recommendation
could waive appellate review of a district
court order based upon the recommenda-
tion. Despite this warning, DeRocher
failed to object to the magistrate judge's
recommendation.*

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Wright v.
Collins,* 766 F.2d 841, 845–46 (4th Cir.
1985); *see also Thomas v. Arn,* 474 U.S.
140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).
DeRocher has waived appellate review by
failing to timely file specific objections af-
ter receiving proper notice. Accordingly,

we deny a certificate of appealability and
dismiss the appeal.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED*

---

* While DeRocher ultimately filed objections, they were clearly untimely.